# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY ROHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INNOVATIVE DEVELOPMENT, LLC. | : | NO. 18-1092 |

### **O R D E R**

AND NOW, this 12th day of June, 2018, upon notification by counsel that the above-captioned matter has been settled, it is hereby **ORDERED** that the matter is marked **SETTLED** and **CLOSED** for statistical purposes.

The court specifically retains jurisdiction to enforce the terms of the Settlement Agreement.

BY THE COURT:


 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE